denied. *Mr. Henry A. Behrendt* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 407. MAURICE R. SHAW, OWNER OF THE DERRICK BARGE HOLLY, *v.* WESTERN ASSURANCE COMPANY OF TORONTO, CANADA. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Curtis Tilton* and *Willard M. Harris* for petitioner. *Mr. Henry J. Bigham* for respondent.

---

No. 408. UNITED STATES *v.* JOHN B. SEMPLE AND COMPANY, A FORMER PENNSYLVANIA CORPORATION, BY ITS DIRECTORS, JOHN B. SEMPLE ET AL. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Mitchell, Assistant Attorney General Willebrandt, Messrs. Sewall Key, A. W. Gregg,* and *John R. Wheeler* for the United States. *Mr. Charles H. Woods* for respondents.

---

No. 410. CHICAGO STEAMSHIP LINES, INC., AND NORTHERN TRUST COMPANY *v.* UNITED STATES LLOYDS, INC., GLOBE AND RUTGERS FIRE INSURANCE COMPANY, ET AL. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles E. Kremer* for petitioners. *Messrs. D. Roger Englar* and *Henry N. Longley* for respondents.

---

No. 411. GRACE HENRY AND MAE HENRY *v.* OLIVE HENRY ET AL. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. M. G. Adams* and *C. W. Howth* for petitioners. No appearance for respondents.